## WARNOCK *v.* WOODARD, jailer.

RUSSELL, Chief Justice. It appearing from the record that there was no service of the bill of exceptions upon the defendant in error or his attorney, either personal or by acknowledgment, this court is without jurisdiction. *Writ of error dismissed. All the Justices concur.*

No. 11285. NOVEMBER 14, 1936.

*W. A. Dampier,* for plaintiff.

*J. A. Merritt, solicitor-general, L. F. Watson,* and *R. I. Stephens,* for defendant.